AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>CESAR AGUSTO GUERRERO JR<br><br>Defendant | Case No. 1:19MJ 563 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CESAR AGUSTO GUERRERO JR
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
PLEASE SEE ATTACHED COMPLAINT & AFFIDAVIT

Date: 08/09/2019

City and state: CINCINNATI, OHIO

*Issuing officer's signature* (Arthur Hill, Deputy Clerk)

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8-09-19, and the person was arrested on *(date)* 8-14-19
at *(city and state)*

Date: 8-14-19

CINCINNATI OHIO

*Arresting officer's signature*

DONALD MANNION TFD
*Printed name and title*