UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19CR-100 |
| Plaintiff, | |
| v. | JUDGE J. DLOTT |
| CESAR AGUSTO GUERRERO JR, | INDICTMENT |
| Defendant. | 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Coercion and Enticement)

Between in or about July, 2019 and on or about August 5, 2019, in the Southern District of Ohio, the defendant, **CESAR AGUSTO GUERRERO JR**, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce Minor Victim A, at the time a 17 year old female, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit: the production of child pornography, as provided in 18 U.S.C. § 2427; and Sexual Battery, in violation of Ohio Revised Code §§ 2907.03(A)(9) & (12), which states that "[n]o person shall engage in sexual conduct with another, not the spouse of the offender, when . . . [t]he other person is a minor and the offender is the other person's athletic or other type of coach, is the other person's instructor, is the leader of a scouting troop of which the other person is a member, or is a person with temporary or occasional disciplinary control over the other person," or "the offender is a cleric,

and the other person is a member of, or attends, the church or congregation served by the cleric."

**In violation of Title 18, United States Code, Section 2422(b).**

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
KYLE J. HEALEY
ASSISTANT UNITED STATES ATTORNEY

EG